| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Corbit, Frederick P. | 2. Court or Organization<br><br>Bankruptcy Court - WA | 3. Date of Report<br><br>04/03/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>PO Box 2164<br>Spokane, WA 99210-2164 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Seattle School District - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/7/14-10/11/14 | Chicago, IL | Annual Conference | Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO BROKERAGE ACCOUNT(H) | | | | | | | | | |
| 2. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 3. Cashmere Valley Bank Wash New (CSHX) | D | Dividend | N | T | | | | | |
| 4. Aberdeen Fds Global Small Cap Fd Cl Instl (ABNIX) | | None | | | Sold (part) | 02/18/14 | J | | |
| 5. | | | | | Sold (part) | 04/11/14 | J | A | |
| 6. | | | | | Sold | 05/29/14 | J | A | |
| 7. Allianzgi Income & Growth Fd Cl P (AIGPX) | A | Dividend | J | T | Sold (part) | 02/18/14 | J | A | |
| 8. | | | | | Sold (part) | 05/29/14 | J | A | |
| 9. Franklin Managed Tr Rising Divids Fd Advisor CL (FRDAX) | A | Dividend | J | T | Sold (part) | 02/18/14 | J | | |
| 10. | | | | | Sold (part) | 05/29/14 | J | A | |
| 11. John Hancock Funds III Disciplined Value Mid Cap Fd (JVMIX) | A | Dividend | J | T | Sold (part) | 02/18/14 | J | A | |
| 12. | | | | | Sold (part) | 05/29/14 | J | A | |
| 13. | | | | | Sold (part) | 07/11/14 | J | A | |
| 14. Mainstay Fds Tr Epoch Global Equity Yield Fd (EPSYX) | A | Dividend | J | T | Sold (part) | 02/18/14 | J | A | |
| 15. | | | | | Sold (part) | 05/29/14 | J | A | |
| 16. Mainstay Fds Tr Marketfield Fd Cl I (MFLDX) | | None | J | T | Sold (part) | 02/18/14 | J | A | |
| 17. | | | | | Buy (add'l) | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ING Large Cap Value n/k/a Voya Equity Tr Large Cap Value Fund (IEDIX) | A | Dividend | J | T | Sold (part) | 02/18/14 | J | | |
| 19. | | | | | Sold (part) | 05/29/14 | J | A | |
| 20. | | | | | Sold (part) | 07/11/14 | J | A | |
| 21. IVY Science & Technology Fund Cl I (ISTIX) | | None | J | T | Sold (part) | 02/18/14 | J | A | |
| 22. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 23. Templeton Income Tr Global Bd Fd Advisor Cl (TGBAX) | A | Dividend | | | Sold (part) | 02/18/14 | J | | |
| 24. | | | | | Sold | 05/29/14 | J | A | |
| 25. Thornburg Inv Tr Developing World Fd Instl Cl I (THDIX) | | None | | | Sold (part) | 02/18/14 | J | | |
| 26. | | | | | Sold | 05/29/14 | J | A | |
| 27. Calamos Invt Tru New Market Neutral Income (CMNIX) | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 28. Financial Invs Trush Emerald Growth (FGROX) | | None | J | T | Buy | 05/30/14 | J | | |
| 29. Oppenheimer Intl Small Co (OSMYX) | A | Dividend | J | T | Buy | 05/30/14 | J | | |
| 30. Prudential Sector Jennison Health (PHSZX) | | None | J | T | Buy | 05/29/14 | J | | |
| 31. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 32. Steelpath FDS Oppenheimer Steelpath (MLPOX) | A | Dividend | J | T | Buy | 05/29/14 | J | | |
| 33. WELLS FARGO BENEFICIARY IRA | A | Int./Div. | K | T | | | | | |
| 34. Wells Fargo Bank Deposit Sweep | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Aberdeen FDS Global Small Cap Fd Cl Instl (ABNIX) | | | | | Sold (part) | 02/18/14 | J | | |
| 36. | | | | | Sold (part) | 04/11/14 | J | A | |
| 37. | | | | | Sold | 05/29/14 | J | A | |
| 38. Allianz FDS Allianzgi Income & Growth Fd Cl P (AIGPX) | | | | | Sold (part) | 02/18/14 | J | A | |
| 39. | | | | | Sold (part) | 05/29/14 | J | A | |
| 40. Franklin Managed Tr Rising Divids Fd Advisor Cl (FRDAX) | | | | | Sold (part) | 02/18/14 | J | | |
| 41. | | | | | Sold (part) | 05/29/14 | J | A | |
| 42. John Hancock Funds III Disciplined Value Mid Cap Fd (JVMIX) | | | | | Sold (part) | 02/18/14 | J | A | |
| 43. | | | | | Sold (part) | 05/29/14 | J | A | |
| 44. | | | | | Sold (part) | 07/11/14 | J | A | |
| 45. Mainstay FDS TR Epoch Global Equity Yield Fd Cl I (EPSYX) | | | | | Sold (part) | 02/18/14 | J | A | |
| 46. | | | | | Sold (part) | 05/29/14 | J | A | |
| 47. Mainstay FDS Tr Marketfield Fd Cl I (MFLDX) | | | | | Sold (part) | 02/18/14 | J | A | |
| 48. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 49. ING Large Cap Value n/k/a Voya Equity Tr Large Cap Value (IEDIX) | | | | | Sold (part) | 02/18/14 | J | | |
| 50. | | | | | Sold (part) | 05/29/14 | J | A | |
| 51. | | | | | Sold (part) | 07/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ivy Science and Technology Fd Cl I (ISTIX) | | | | | | | | | |
| 53. Templeton Income Tr Global Bd Fd Advisor Cl (TGBAX) | | | | | Sold | 05/29/14 | J | A | |
| 54. Thornburg Inv Tr Developing world Fd Instl Cl I (THDIX) | | | | | Sold (part) | 02/18/14 | J | A | |
| 55. | | | | | Sold | 05/29/14 | J | A | |
| 56. Prudential Sector Funds Jennison Health Sciences (PHSZX) | | | | | Buy | 05/29/14 | J | | |
| 57. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 58. | | | | | Sold (part) | 10/10/14 | J | A | |
| 59. Steelpath MLP FDS Oppenheimer Steelpath MLP Alpha Fund (MLPOX) | | | | | Buy | 05/29/14 | J | | |
| 60. Calamos Invt Tr New Market Neutral Income Fund (CMNIX) | | | | | Buy | 05/30/14 | J | | |
| 61. Financial Invs Trust Emerald Growth Fund Instl Class (FGROX) | | | | | Buy | 05/30/14 | J | | |
| 62. Oppenheimer Intl Small Company Fund (OSMYX) | | | | | Buy | 05/30/14 | J | | |
| 63. NORTHWESTERN MUTUAL IRA | E | Int./Div. | P1 | T | | | | | |
| 64. Dreyfus Ins Deposit Program I (DIDI) | | | | | | | | | |
| 65. Russell Short Duration Bond Fund (RFBSX) | | | | | Buy (add'l) | 01/22/14 | L | | |
| 66. Russell Strategic Bond Fund Class I (RFCSX) | | | | | | | | | |
| 67. Russell Emerging Markets Fund CL S (REMSX) | | | | | | | | | |
| 68. Russell Global Real Estate Securities Fund Class S (RRESX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Russell Commodity Strategies Fund Class S (RCCSX) | | | | | | | | | |
| 70. Russell Int'l Developed Markets Fund Class S (RINTX) | | | | | | | | | |
| 71. Russell US Small Cap Equity Fund Class S (RLESX) | | | | | | | | | |
| 72. Russell US Core Equity Fund Class S (RLISX) | | | | | | | | | |
| 73. Russell Global InfraStructure Fund Class S (RGISX) | | | | | Buy | 01/22/14 | K | | |
| 74. NORTHWESTERN MUTUAL ROTH IRA | A | Int./Div. | J | T | | | | | |
| 75. General Money Market Fund Cl B (GMMB-R) | | | | | | | | | |
| 76. Calvert Short-Income Fund Class C (CDICX) | | | | | | | | | |
| 77. NORTHWESTERN MUTUAL IRA* | C | Int./Div. | L | T | | | | | |
| 78. Dreyfus Ins Deposit Program I (DIDI) | | | | | | | | | |
| 79. Russell Global Real Estate Securities Fund Class C (RRSCX) | | | | | | | | | |
| 80. Russell Emerging Markets Fund Class C (REMCX) | | | | | | | | | |
| 81. Russell Strategic Bond Fund Class C (RFCCX) | | | | | | | | | |
| 82. Russell Int'l Developed Markets Fund Class C (RLNCX) | | | | | | | | | |
| 83. Russell U.S. Small Cap Equity Fund Class C (RLECX) | | | | | | | | | |
| 84. Russell U.S. Defensive Equity Fund Class C (REQCX) | | | | | | | | | |
| 85. Russell U.S. Core Equity Fund Class C (REQSX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | NORTHWESTERN MUTUAL ROTH IRA* | A | Int./Div. | J | T | | | | | |
| 87. | General Money Market Fund Cl B (GMMB-R) | | | | | | | | | |
| 88. | Calvert Short-Income Fund Class C (CDICX) | | | | | | | | | |
| 89. | OTHER ACCOUNTS (H) | | | | | | | | | |
| 90. | Vanguard Balanced Index Fund Investor Shares (VBINX) | | None | | | Sold | 01/13/14 | J | | |
| 91. | Vanguard Windsor Fund Investor Shares (VWNDX) | | None | | | Sold | 01/13/14 | J | | |
| 92. | AXA EQUITABLE EQUI-VEST VARIABLE ANNUITY 403(b) (H)* | | | | | | | | | |
| 93. | AXA Moderate-Plus Allocation | A | Dividend | K | T | | | | | |
| 94. | EQ/Mid Cap Value PLUS | A | Dividend | J | T | | | | | |
| 95. | WA State Teachers' Retirement System (TRS Plan 3)* | B | Dividend | K | T | | | | | |
| 96. | Northwestern Mutual Whole Life Insurance Policy | B | Dividend | K | T | | | | | |
| 97. | Northwestern Mutual Whole Life Insurance Policy* | B | Dividend | K | T | | | | | |
| 98. | Bank of America Accounts (X) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/03/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. Corbit**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544